We think the charge adequately safeguarded the rights of the appellant.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## NASH v. STATE.
### No. 19509.

Court of Criminal Appeals of Texas.
Feb. 23, 1938.

E. T. Miller, of Amarillo, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder; punishment assessed being four years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.